# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2019

156376 (107)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LARRY GERALD MEAD,
     Defendant-Appellant.

SC: 156376
COA: 327881
Jackson CC: 14-004482-FH

_____/

On order of the Court, the motion to clarify and/or for rehearing of this Court's April 22, 2019 opinion is considered, and it is DENIED.

CAVANAGH, J., did not participate in the disposition of this case because the Court considered it before she assumed office.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2019



t0522

Clerk